ORIGINAL

# United States Court of Federal Claims

No. 18-532 C
Filed: July 19, 2018

|  |  |  |
|---|---|---|
| THOMAS GONZALEZ, | ) | **FILED** |
|  | ) | JUL 1 9 2018 |
| Plaintiff, | ) |  |
|  | ) | U.S. COURT OF |
| v. | ) | FEDERAL CLAIMS |
|  | ) |  |
| THE UNITED STATES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

On April 9, 2018, plaintiff, Thomas Gonzalez, a state prisoner proceeding *pro se*, filed a Complaint with this Court. Pursuant to the Rule 77.1(c) of the Rules of the Court of Federal Claims ("RCFC"), plaintiff is required to pay the full filing fee of $400.00—a $350.00 filing fee, plus a $50.00 administrative fee—or submit a proper request to proceed *in forma pauperis*. The Court reminds plaintiff that, as a prisoner, even if his *in forma pauperis* application is granted, he is still required to pay a filing fee of $350.00, but is permitted to do so in installments as provided by statute, 28 U.S.C. § 1915(b).

On May 30, 2018, plaintiff filed his Motion for Leave to Proceed *in forma pauperis*. While the Court has received a valid *in forma pauperis* application, it is deficient. Plaintiff has not provided the Court with either a certified copy of his trust fund account statement or a prisoner authorization form. On May 31, 2018, this Court ordered plaintiff to provide the Court with either a certified copy of his trust fund account statement or a prisoner authorization form within 30 days, on or before June 29, 2018. On June 4, 2018, the Court received correspondence from plaintiff wherein plaintiff asked the Court to explain the currency under which this Court operates, so that he may make payments regarding his *in forma pauperis* application. On June 6, 2018, this Court informed plaintiff that the Court accepts United States Dollars, and payment must be made in the form of a check or money order.

On June 20, 2018, the Court received correspondence from plaintiff that the Court returned unfiled on June 22, 2018, for lack of a certified copy of plaintiff's trust fund account statement or a prisoner authorization form. Similarly, plaintiff's June 26, 2018 filing does not comply with the RCFC. As plaintiff failed to pay the filing fee or submit the documents required to proceed *in forma pauperis* by the Court's June 29, 2018 deadline, plaintiff's Complaint shall be dismissed without prejudice for failure to prosecute under RCFC 41(b). Furthermore,

7017 1450 0000 6959 9788

plaintiff's deficient Motion to proceed *in forma pauperis* is **DENIED**. Accordingly, the Court must **DISMISS** plaintiff's Complaint *sua sponte*, and **ORDERS** that plaintiff's "Strictly Business" and "Return and Discharge Immediately" documents be returned unfiled.

**IT IS SO ORDERED.**

Loren A. Smith, Senior Judge